## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

RALPH BRANNON,

                Plaintiff,

        -against-

DELTA AIRLINES, INC., REBECCA
BERNANDIN, CORIE NICHOLS POSIE, AND
THE PORT AUTHORITY OF THE STATE OF
NEW YORK AND NEW JERSEY,

                Defendants.

----------------------------------------------------------X

**17 CIVIL** 6024 (RA)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated January 22, 2020, Defendants' motions for summary

judgment are granted.

**Dated:** New York, New York
       January 22, 2020

                      **RUBY J. KRAJICK**

                      **Clerk of Court**

  **BY:**

                      **Deputy Clerk**