**THE PORT AUTHORITY** OF NY & NJ

**Law Department**

4 World Trade Center
150 Greenwich Street
New York, NY 10007

MEMO ENDORSED

February 5, 2020

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/20
```

Re: **Brannon v. Delta Airlines, Inc., Rebecca Bernandin, Corie Nichols Posie, and The Port Authority of the State of New York and New Jersey**
Case No.: 17 CV 6024 (RA)(SLC)

Dear Judge Abrams:

The Port Authority of New York and New Jersey (the "Port Authority) respectfully requests that this Court enter an order dismissing its crossclaims against defendants Delta Air Lines, Inc. (i/s/h/a Delta Airlines, Inc.), Rebecca Bernardin (i/s/h/a Rebecca Bernandin), and Corie Nichols Posey (i/s/h/a Corie Nichols Posie) (collectively "Delta Defendants") for common law indemnification (the first crossclaim) and contribution (the second crossclaim) under Fed R. Civ. P. 41(a)(2). Delta Defendants consent to this request. Accordingly, no further action from this Court is sought by the Port Authority on these claims.

The reason for this request is that Plaintiff Ralph Brannon did not respond to the Port Authority's request for a stipulation dismissing the crossclaims against the Delta Defendants under Fed R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

PORT AUTHORITY LAW DEPARTMENT

By: _____
Allen F. Acosta, Esq. (AA0815)
*Attorneys for Defendant*
THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY
4 World Trade Center, 24th Floor
New York, New York 10007

**THE PORT AUTHORITY** OF NY & NJ

Copy:

**VIA ECF**

Michael Maragoudakis, Esq.
MARTINEZ & RITORTO, P.C.
*Attorneys for Defendants Delta Airlines, Inc. (Delta), Rebecca Bernandin and Corie Nichols*
30 Wall Street, 8th Floor
New York, New York 10005

Ralph Brannon, Esq.
Plaintiff, *Pro Se*
111-113 West 137th Street-Apt.2A
New York, New York 10030

---

Application granted.  The Court dismisses the Port Authority's cross-claim against Delta pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, and to close the case.

SO ORDERED.

Hon. Ronnie Abrams
2/6/2020