UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/21/2020

RALPH BRANNON,

    Plaintiff,

v.

DELTA AIRLINES, INC., REBECCA BERNANDIN, CORIE NICHOLS POSIE, and THE PORT AUTHORITY OF THE STATE OF NEW YORK AND NEW JERSEY,

    Defendants.

No. 17-CV-6024 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 20, 2020, Plaintiff, who is proceeding *pro se*, filed both a Motion for Extension of Time to File Notice of Appeal and a Notice of Appeal. Because Plaintiff's time to file a notice of appeal has not yet expired, his Notice of Appeal was timely filed, and his Motion for Extension of Time to File Notice of Appeal is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 159 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    February 21, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge